IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTIN A. KHATCHIK, | ) | |
| Plaintiff, | ) | 17 CV 3330 |
| v. | ) | |
| Officer Dakuras #2046, | ) | Honorable John J. Tharpe Jr. |
| Officer Mirus Jr. #12043, | ) | |
| Officer Galligan #12430, | ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

SECOND AMENDED COMPLAINT

Now comes the Plaintiff, Artin A. Khatchik, by and through his attorney, Michael A. Perez, and as his complaint against the defendants states as follow:

1.      This is a civil action seeking damages against the defendants for committing acts under coir of law, which deprived the Plaintiff of rights secured under the Constitution and laws of the United States; for conspiring for the purpose of impeding and hindering the due course of justice, with intent to deny the Plaintiff equal protection of laws; and for refusing or neglecting to prevent such deprivations and denials to Plaintiff. The Court has jurisdiction of this action under 42 U.S.C. § 1983 and § U.S.C. 1342.

2.      The Court also has jurisdiction under 28 U.S.C. § 1331.

3.      The plaintiff, Artin A. Khatchik is a citizen and resident of the City of Chicago and State of Illinois and the United States of America.

4.      The defendant, Sergeant Dakuras #2046, is a citizen of the City of Chicago and State of Illinois and at all times herein relevant was a police officer for the City of Chicago Police Department and acting in his capacity as a sworn officer of the law.

5.      The defendant, Officer Mirus Jr. #12043, is a citizen of the City of Chicago and State of Illinois and at all times herein relevant was a police officer for the City of Chicago Police Department and acting in his capacity as a sworn officer of the law.

6.     The defendant, Officer Galligan #12430, is a citizen of the City of Chicago and State of Illinois and at all times herein relevant was a police officer for the City of Chicago Police Department and acting in his capacity as a sworn officer of the law.

7.     The plaintiff sues the defendants in their official and individual capacities.

8.     At all times herein mentioned the defendants acted under color of the statutes, customs, ordinances, and usage of the State of Illinois and the City of Chicago and the Chicago Police Department.

COUNT I

9.     On February 23, 2016, at approximately 10:00 a.m., the Plaintiff was taken into custody by Chicago Police officers Galligan and Mirus upon suspicion of committing a crime.

10.     The Plaintiff was handcuffed, placed in a squad car and transported to the Chicago Police Station 11th District located at 3151 West Harrison Street Chicago Illinois.

11.     The Plaintiff was placed into a locked holding room.

12.     After an unknow period of time, Plaintiff began to yell for water.

13.     Officer Galligan reentered the room and Plaintiff told him he needed water.

14.     Officer Galligan told the Plaintiff he would not get any water until "you tell me about who has a large amount of crystal meth."

15.     Plaintiff told Officer Galligan that he "did not know" anyone who had crystal meth. Officer Galligan then slapped the Plaintiff in his ear.

16.     Upon being slapped, the Plaintiff started to scream for help. This resulted in Officer Galligan hit the Plaintiff with a closed fist numerous times on the top of his head telling the Plaintiff to "shut up".

17.     Officer Galligan then noticed the Plaintiff had two rings on his hands and the officer demanded that Plaintiff remove the rings.

2

18.    The Plaintiff told him he could not remove the rings.

19.    Officer Galligan took the Plaintiff into the bathroom and demanded that Plaintiff remove the rings. When the Plaintiff could not remove the rings, Officer Galligan slapped the Plaintiff two more times on the left ear.

20.    The Plaintiff was then able to remove the rings and give them to Officer Galligan.

21.    Upon exiting the bathroom, Sergeant Durakas handcuffed the Plaintiff and directed the Plaintiff to "walk down the stairs to the car."

22.    The Plaintiff again asked for water. Sergeant Dakuras told the Plaintiff to "walk" and directed him down the flight of stairs towards the car and the sally port.

23.    Plaintiff became dizzy but walked down approximately 20 stairs where he fell to the ground after a few steps.

24.    While handcuffed in the prone position, Sergeant Durakas, jumped on top of the Plaintiff and began to strike Plaintiff with leg cuffs which he had in his hands.

25.    Sergeant Durakas struck the Plaintiff in his head, face and chest leaving injury marks.

26.    Officers Galligan and Mirus where present and in in full view of the Plaintiff and Sergeant Durakas while this incident took place.

27.    Officers Galligan and Mirus took no action to stop Sergeant Durakas from striking the Plaintiff while Plaintiff was prone cuffed and defenseless.

28.    Officers Galligan and Mirus stood and laughed at the Plaintiff while Plaintiff was being struck by Sergeant Durakas and offered no aid or assistance once the Plaintiff was injuered.

29.    As a result of being repeatedly struck by the police officers as described above, the plaintiff was injured in that he suffered cuts and bruise to his head and chest.

3

30.     As a result of being struck repeatedly by the police officers as described above, the Plaintiff was unable to move from the ground where he was struck and was removed by ambulance to receive medical attention.

31.     As a result of being struck repeatedly by the police officers as described above, the Plaintiff was caused great bodily harm and physical injuries and mental anguish that required him to be treated by medical personnel.

Wherefore, plaintiff, by and through his Attorney Michael A. Perez, requests that this Honorable Court enter judgment against officers Galligan, Mirus, Jr. and Sergeant Durakas, jointly and severally, for compensatory damages in excess of $100,000, plus the costs in this action and for such other relief as this honorable court deems just and proper.

## COUNT II

1-31.   Plaintiff realleges paragraphs 1 through 31 of Count I of this complaint as and for paragraphs 1 through 31 of Count II of this complaint and incorporates them as though fully set forth herein.

32.     While in the custody of the defendants, the plaintiff was compliant with all requests of the defendants'.

33.     While in the custody of the defendants, the plaintiff was then being in close custody, unarmed and unable to resist the physical assaults of the police officers.

34.     While in the custody of the defendants, the plaintiff offered no cause or provocation to the police officers to justify their physical mistreatment of the plaintiff.

35.     The concerted actions of the defendants, officers Galligan, Mirus, Jr. and Sergeant Durakas were unlawful and malicious physical abuse of the plaintiff and without just cause or provocation.

36.     The concerted actions of the defendants, officers Galligan, Mirus, Jr. and Sergeant Durakas, were intentional and with deliberate indifference and callous disregard of plaintiff's

4

rights and deprived plaintiff of his right to equal protection of the laws and impeded the course of do justice, in violation of the 5th and 14th amendments of the Constitution of the United States and 42 U.S.C. § 1983.

Wherefore, plaintiff, by and through his Attorney Michael A. Perez, requests that this Honorable Court enter judgment against officers Galligan, Mirus, Jr. and Sergeant Durakas, jointly and severally, for punitive damages in excess of $100,000, plus the costs in this action and for such other relief as this honorable court deems just and proper.

Certification

By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if the certification is not correct, I may be subject to sanctions by the court.

February 14, 2018

Artin Khatchik
Plaintiff

Michael A. Perez
Attorney for Plaintiff

Attorney Code No.: 06194136
Law Office of Michael A. Perez
Attorney for Artin Khatchik
Michael A. Perez
1011 North California
Chicago IL 60622
(773) 772-8989
(773) 772-8839 Fax
Michael@Lomap.com